(PC) Bryant v. Sacramento County Jail et al                                                                                    Doc. 9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH BRYANT,

      Plaintiff,                    No. CIV S-06-0688 GEB PAN P

   vs.

SACRAMENTO COUNTY JAIL, et al.,

      Defendants.          ORDER

_____/

      Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

////

////

////

1

Dockets.Justia.com

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Plaintiff's March 30, 2006, motion for the appointment of counsel is denied.

3 DATED: April 18, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/mp/004
brya0688.31