IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH BRYANT,

    Plaintiff,                    No. CIV S-06-0688 GEB PAN P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.           <u>ORDER</u>

                                /

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 19, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 16, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted 30 days from the date of this order to file an amended complaint.

DATED: May 23, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp/004
brya0688.36