IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH BRYANT,

    Plaintiff,                      No. CIV S-06-0688 GEB EFB P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

                              FINDINGS AND RECOMMENDATIONS

    Defendants.
_____/

    Plaintiff is a state prisoner proceeding without counsel in a civil rights action. See 42 U.S.C. 1983.

    On August 29, 2006, the court dismissed plaintiff's claims against defendants D. Vicory, L. Berhalter, D. Gutierrez, M. Putman, L. Phillips, J. Thompson, N. Robertson, N. Smolich, T. Bergman, R. Martin, Dizo, S. Barry, W. Wright, Mundy and McMillian with leave to amend because plaintiff failed to allege specific wrongdoing by these defendants. See 28 U.S.C. § 1915A. The court informed plaintiff he could proceed against defendants David McIntire, J. Illiaga, Sgt. Guerrero, S. Douglas, C. Mason and John McGinnis by submitting materials for service within 20 days, but the court would construe his election to so proceed as consent to dismissal of his claims against defendants D. Vicory, L. Berhalter, D. Gutierrez, M. Putman, L. Phillips, J. Thompson, N. Robertson, N. Smolich, T. Bergman, R. Martin, Dizo, S. Barry, W.

1  Wright, Mundy and McMillian without leave to amend.

2  On September 13, 2006, plaintiff submitted materials for service of defendants D. Vicory, L. Berhalter, D. Gutierrez, M. Putman, L. Phillips, J. Thompson, N. Robertson, N. Smolich, T. Bergman, R. Martin, Dizo, S. Barry, W. Wright, Mundy and McMillian

5  The court finds that plaintiff has consented to dismissal of claims against defendants D. Vicory, L. Berhalter, D. Gutierrez, M. Putman, L. Phillips, J. Thompson, N. Robertson, N. Smolich, T. Bergman, R. Martin, Dizo, S. Barry, W. Wright, Mundy and McMillian without leave to amend.

9  Accordingly, it is hereby recommended that claims against defendants D. Vicory, L. Berhalter, D. Gutierrez, M. Putman, L. Phillips, J. Thompson, N. Robertson, N. Smolich, T. Bergman, R. Martin, Dizo, S. Barry, W. Wright, Mundy and McMillian be dismissed without prejudice.

13  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 25, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE