IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH BRYANT,

      Plaintiff,                    No. CIV S-06-0688 GEB EFB P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

      Defendants.              ORDER

_____/

        On September 13, 2006, plaintiff filed his second request for appointment of counsel. By order filed September 14, 2006, the court denied plaintiff's September 6, 2006 request. No new grounds have been asserted in this new request. For the reasons set forth in the court's September 14, 2006 order, plaintiff's second request likewise is denied.

DATED: September 26, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE