IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH BRYANT,

    Plaintiff,                                   No. CIV S-06-0688 GEB EFB P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.                        ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On October 12, 2006, plaintiff filed a document styled, "Motion for Discovery." On November 30, 2006, defendants filed a motion to dismiss. The court construes plaintiff's motion as a motion to compel discovery, *see* Fed. R. Civ. P. 37(a)(2)(B), and for the reasons explained below, denies the motion.

       A party may move for an order compelling discovery with respect to objections or other failure to respond to interrogatories, requests to produce documents or requests for admissions. Fed. R. Civ. P. 37(a)(2)(B), 33(b)(5), 34(b). However, plaintiff does not make any showing that he served discovery requests on any party and that the party made any objection thereto. Therefore, there is no basis for granting plaintiff's motion.

////

1 | Accordingly, it is ORDERED that plaintiff's October 12, 2006, motion is denied.
2 | Dated: March 14, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2