IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH BRYANT,

    Plaintiff,                    No. CIV S-06-0688 GEB EFB P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.         <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On November 30, 2006, defendants filed a motion to dismiss. On December 14, 2006, plaintiff filed an opposition. On June 14, 2007, plaintiff filed a document requesting that this matter be set for trial. He asserts that he has tried to reach a settlement with defendants, but has failed. The court must resolve the motion to dismiss before setting this matter for trial.

        Accordingly, it is ORDERED that plaintiff's June 14, 2007, request for a trial date is denied.

Dated: July 25, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE