1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL KEITH BRYANT,

11           Plaintiff,                          2:06-cv-0688-GEB-EFB-P

12           vs.

13   SACRAMENTO COUNTY JAIL, et al.,

14           Defendants.                         ORDER

15   _____/

16           Plaintiff, a prisoner proceeding pro se, has filed this civil rights action seeking

17   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On February 12, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Neither

22   party has filed objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed February 12, 2008, are adopted in

2  full;

3          2.  Defendants' November 30, 2006, motion to dismiss, construed as a motion for

4  summary judgment, is denied; and,

5          3.  Defendants have 30 days from the date of this order to file and serve an

6  answer.

7  Dated:  March 20, 2008

8

9  _____
   GARLAND E. BURRELL, JR.
10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2