## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH BRYANT,

        Plaintiff,                    No. CIV S-06-0688 GEB EFB P

vs.

SACRAMENTO COUNTY JAIL, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

Darryl Keith Bryant, inmate #H-61117, a necessary and material witness in proceedings in this case on January 15, 2010, is confined in California State Prison, Sacramento, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., to appear by video-conferencing at California State Prison, Sacramento, January 15, 2010, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden James Walker, California State Prison, Sacramento, P.O. Box 290002, Represa, California, 95671-002:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 17, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE